# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143857(32)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ANTHONY ELIJAH WALK,
      Defendant-Appellant.
_____/

SC: 143857
COA: 300722
Wayne CC: 08-003392-01

On order of the Court, the motion for reconsideration of this Court's March 26, 2012 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2012 _____

_____
Clerk

d0618